**Mrs. Gladys Ann BILLIOT, wife of/and John SCHREWE, Jr.**

**v.**

**SCOTT MANUFACTURING CORP.**

**No. 52416.**

May 11, 1972.

 The application was not timely filed. See Art. 7, Section 11, La. Const.

261 So.2d 232

**STATE of Louisiana**

**v.**

**Kenneth F. DeMARTINI.**

**No. 52433.**

May 11, 1972.

We find no error in the factual finding by the trial court.

SANDERS, J., only concurs in the denial. A Motion to suppress is authorized only for "a written confession or written inculpatory statement." The State, however, makes no complaint on this ground. See Article 703, C.Cr.P.

261 So.2d 232

**DELAWARE IMPROVEMENT CORPORATION**

**v.**

**Florian M. SHALL et al.**

**No. 52423.**

May 11, 1972.

On the facts found by the Court of Appeal, the result is correct.